UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -v.-<br><br>JOSE VIROLA,<br>                              Defendant. | 25 Cr. 236 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court will hold an initial conference on **May 22, 2025** at **2:30 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials.

SO ORDERED.

Dated: May 22, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge