| Federal Defenders | Southern District |
| --- | --- |
| OF NEW YORK, INC. | 52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |

Tamara Giwa  
*Executive Director*

Jennifer L. Brown  
*Attorney-in-Charge*

September 29, 2025

**VIA ECF**
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   United States v. Jose Virola**
        **25 Cr. 236 (JHR)**

Dear Judge Rearden:

I write, with the consent of the Government, to request a 90-day adjournment of the sentencing hearing in the above captioned matter, currently scheduled for October 16, 2025.

I make this application because I require additional time for the collection of treatment and correctional records and to complete a forensic psychological evaluation and report. Said records and psychological report are essential to the preparation of the defense sentencing submission and sentencing recommendation.

Therefore, I respectfully request that the Court grant this application.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio, Esq.
Federal Defenders of New York
(917) 612-3274

Cc:    AUSA Robert Sobelman

---

Application GRANTED. Defendant Virola's sentencing, scheduled for October 16, 2025, is adjourned to **January 20, 2026** at **11:30 a.m.**

The Clerk of Court is directed to terminate ECF No. 27.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: September 30, 2025