UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 18, 2026

UNITED STATES OF AMERICA,

              -v.-

JOSE VIROLA,

              Defendant.

25 Cr. 236 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

By **January 19, 2026** at **9:00 p.m.**, in anticipation of the sentencing scheduled for

January 20, 2026 at 11:30 a.m., the Government shall file a copy of the surveillance video

discussed in the Final Presentence Investigation Report.  *See* ECF No. 26 at 4, 25; *see also* ECF

No. 30 (Gov't's sentencing letter) at 1; ECF No. 29 (Def.'s sentencing submission) at 7.

      SO ORDERED.

Dated:  January 18, 2026
       New York, New York

                                JENNIFER H. REARDEN
                                United States District Judge